ACCEPTED
06-14-00149-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/25/2015 1:55:51 PM
DEBBIE AUTREY
CLERK

## 06-14-00149-CR

| | | |
|---|---|---|
| **RAYMOND EARL BARNETT,** | § | **IN THE COURT OF APPEALS** |
| **Appellant** | § | |
| **V.** | § | **SIXTH JUDICIAL DISTRICT** |
| | § | |
| **STATE OF TEXAS,** | § | **TEXARKANA, TEXAS** |
| **Appellee** | § | |

6th COURT OF APPEALS
TEXARKANA, TEXAS
3/25/2015 1:55:51 PM
DEBBIE AUTREY
Clerk

### <u>MOTION FOR EXTENSION OF TIME TO FILE BRIEF</u>

COMES NOW the State of Texas, by and through her assistant criminal district attorney and presents this *Motion for Extension of Time to File Brief*, and in support thereof would respectfully show the Court the following:

1. The brief in this case is due to be filed on or before March 26, 2015. There have been no extensions of time requested by or granted to the State.

2. On March 23, 2015, counsel for the State was required to appear as lead trial counsel in cause nos. CR-14-25037 and CR-14-25042, each styled *State of Texas v. Andrew Scott Arnold*, and in cause no. CR-14-25162, the *State of Texas v. Davey Lynn Cooper*, in the 336th District Court of Fannin County, Texas. Said causes were ultimately resolved by plea agreement, *State v. Cooper* on March 20 and *State v. Arnold* on March 23. Although counsel for the State was not required to try these cases, he was nonetheless required to expend considerable effort in preparing them for trial.

3. On April 13, 2015, counsel for the State is scheduled to appear as supervising counsel in cause nos. CR-14-25215, styled *State of Texas v. Roger Lynn Haley, Jr.*, and cause no. CR-14-25152, *State of Texas v. William White*, in the 336th District Court of Fannin County, Texas. Counsel is also scheduled to appear as lead counsel in cause no. CR-14-24912, *State of Texas v. Dillon Mosley*, on that same date.

4. In mid-February 2015, counsel's court partner abruptly resigned, effectively doubling counsel's caseload and leaving counsel to assume several administrative and supervisory duties within the Criminal District Attorney's office. While a replacement has been selected and approved by the commissioner's court, he will not be available to begin work until March 30, 2015.

5. The amount of preparation required for the above-described trials, as well as the expanded workload required of counsel has deprived him of a sufficient opportunity to review the record in this case and prepare an adequate response to Appellant's points of error.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully prays this Court grant its motion and allow the State a 30-day extension of time in which to file its brief in this matter. The State further requests any and all such additional relief as this Court may deem just and appropriate.

Dated: March 25, 2015

Respectfully submitted,

/s/      *John B. Setterberg*
John B. Setterberg
State Bar No. 24043915
Assistant Criminal District Attorney
Fannin County, Texas
101 E. Sam Rayburn Dr., Ste. 301
Bonham, Texas 75418
903-583-7448
903-583-7682 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby represents that a true and correct copy of the foregoing was delivered to counsel for Appellant by electronic mail and deposit in counsel's mailbox in the Criminal District Attorney's office on this the 25th day of March, 2015.

/s/      *John B. Setterberg*
John B. Setterberg
Assistant Criminal District Attorney
Fannin County, Texas